UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NICOLAS TORRENT

         Plaintiff(s),

    v.

YAKULT U.S.A. INC.



         Defendant(s).

CASE NO:
8:15–cv–00124–CJC–JCG

**SCHEDULING ORDER**

---

    The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

    [1] All discovery, including discovery motions, shall be completed by September 22, 2016 .  Discovery motions must be filed and heard prior to this date.

    [2]  The parties shall have until November 21, 2016 to file and have heard all other motions, including motions to join or amend the pleadings.

    [3]  A pretrial conference will be held on **Monday, December 19, 2016 at 03:00 PM** .  Full compliance with Local Rule 16 is required.

    [4]  The case is set for a **jury trial, Tuesday, January 10, 2017 at 08:30 AM .**

\\\

[5]  The parties are referred to ADR Procedure No. 3 – Private Mediation.

The parties shall have until November 1, 2016 to conduct settlement proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: September 23, 2015

_____
Cormac J. Carney
United States District Judge

cc: ADR OFFICE

–2–