BECK & LEE TRIAL LAWYERS
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:  (305) 234-2060
Facsimile:   (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

ANTONINO G. HERNANDEZ P.A.
ANTONINO G. HERNANDEZ
4 SE 1st Street, 2nd Floor
Miami, Florida 33131
Telephone:  (305) 282-3698
Facsimile:   (786) 513-7748
Hern8491@bellsouth.net

CULLIN O'BRIEN LAW, P.A.
CULLIN O'BRIEN
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Telephone:  (561) 676-6370
Facsimile:   (561) 320-0285
cullin@cullinobrienlaw.com

Counsel for Plaintiff and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NICOLAS TORRENT, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>YAKULT U.S.A., Inc.,<br><br>　　　　　　　　Defendant. | No. 8:15-cv-00124-CJC-JCG<br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF JURISDICTION**<br><br>Date/Time: August 29, 2016/1:30 p.m.<br>District Judge: Hon. Cormac J. Carney<br>Courtroom: 9B<br>Trial Date: January 10, 2017 |

# TABLE OF AUTHORITIES

**Page**

**CASES**

*Compare, e.g.*, *Atwi v. Wells Fargo, N.A.*, No. SACV 13–00955–
 CJC(MANx), 2014 WL 997389 ................................................................................ 1

*Jones v. ConAgra Foods, Inc.*, No. 14-16327 (9th Cir.) ............................................ 1

*Microsoft Corp. v. Baker, et al.*, No. 15-457 ............................................................. 1

**STATUTES**

28 U.S.C. §1332 .......................................................................................................... 1

Cal. Bus. & Prof. Code §§17200, *et seq.* ............................................................. 1, 2

**RULES**

Fed. R. Civ. P. 23 ................................................................................................... 1, 2

Plaintiff Nicolas Torrent ("Plaintiff") respectfully moves to dismiss for lack of jurisdiction and, in support thereof, Plaintiff states:

1. Plaintiff filed this putative class action under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§17200, *et seq.* against defendant Yakult U.S.A., Inc. ("Defendant") arising out of Defendant's allegedly deceptive yogurt product called Yakult.

2. On January 5, 2016, this Court denied Plaintiff's motion for class certification under Rules 23(b)(1), (2), determining, *inter alia*, that Plaintiff does not have standing to seek injunctive relief under the UCL. [Dkt. No. 52].

3. On March 7, 2016, this Court denied Plaintiff's renewed motion for class certification under Rule 23(b)(2), again determining, *inter alia*, that Plaintiff does not have standing to seek injunctive relief under the UCL. [Dkt. No. 56].

4. On account of the uncertainty of the outcome of *Jones v. ConAgra Foods, Inc.*, No. 14-16327 (9th Cir.), which has now been stayed by the 9th Circuit Court of Appeals pending the outcome of the U.S. Supreme Court's resolution of *Microsoft Corp. v. Baker, et al.*, No. 15-457, Plaintiff has not sought Rule 23(b)(3) class certification in this case.

5. Thus, if this Court does not believe that Plaintiff has standing to seek classwide injunctive relief under the UCL pursuant to Rule 23(b)(2), then the amount in controversy is below the jurisdictional threshold for federal court under 28 U.S.C.§1332, and the requisite diversity does not exist. Accordingly, this Court would not have jurisdiction over this case and it is incumbent upon this Court to dismiss this case for lack of jurisdiction. *Compare*, *e.g.*, *Atwi v. Wells Fargo, N.A.*, No. SACV 13–00955–CJC(MANx), 2014 WL 997389, at *1 ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.") (Carney, J.) (internal citation omitted).

6. Upon dismissal, and respectfully, Plaintiff intends to appeal this Court's determinations including but not limited to this Court's determinations that Plaintiff does not have standing to seek injunctive relief under the UCL pursuant to Rule 23(b)(2).

WHEREFORE, based on the foregoing, additional submissions, and submissions *ore tenus*, Plaintiff respectfully asks this Court to grant this motion.

DATED: July 27, 2016

/s/ *Cullin O'Brien*
Cullin O'Brien
CULLIN O'BRIEN LAW, P.A.
CULLIN O'BRIEN
6541 NE 21st Way
Fort Lauderdale, Florida 33108
Telephone: (561) 676-6370
Facsimile: (561) 320-0285
cullin@cullinobrienlaw.com

BECK & LEE TRIAL LAWYERS
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone: (305) 234-2060
Facsimile: (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

[additional counsel on following page]

| | |
|---|---|
| 1 | ANTONINO G. HERNANDEZ P.A. |
| 2 | ANTONINO G. HERNANDEZ |
| 3 | 4 SE 1st Street, 2nd Floor |
|   | Miami, Florida 33131 |
| 4 | Telephone:  (305) 282 3698 |
|   | Facsimile:   (786) 513 7748 |
| 5 | Hern8491@bellsouth.net |
| 6 | <u>Counsel for Plaintiff and the Proposed Class</u> |