BECK & LEE TRIAL LAWYERS
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:  (305) 234-2060
Facsimile:  (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

ANTONINO G. HERNANDEZ P.A.
ANTONINO G. HERNANDEZ
4 SE 1st Street, 2nd Floor
Miami, Florida 33131
Telephone:  (305) 282-3698
Facsimile:  (786) 513-7748
Hern8491@bellsouth.net

CULLIN O'BRIEN LAW, P.A.
CULLIN O'BRIEN
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Telephone:  (561) 676-6370
Facsimile:  (561) 320-0285
cullin@cullinobrienlaw.com

Counsel for Plaintiff and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NICOLAS TORRENT, on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>YAKULT U.S.A., Inc.,<br><br>                Defendant. | No. 8:15-cv-00124-CJC-JCG<br>CLASS ACTION<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date/Time: August 29, 2016/1:30 p.m.<br>District Judge: Hon. Cormac J. Carney<br>Courtroom: 9B<br>Trial Date: Jan. 10, 2017 |

As Defendant, Yakult U.S.A., Inc. acknowledges in its opposition [Dkt. 68], Federal Rule of Civil Procedure 41(a)(2) authorizes the Court to dismiss the case "on terms that the court considers proper." Accordingly, and in the alternative to dismissal based on lack of subject matter jurisdiction, the action should be dismissed with prejudice under Rule 41(a)(2), given the Court's prior ruling that Plaintiff lacks standing to seek injunctive relief, which effectively precludes him from obtaining the relief sought through this action. *See, e.g.*, *Chang v. Pomeroy*, Case No. CIV S-08-0657-FCD-DAD-PS, 2011 WL 618192 (E.D. Cal. Feb. 10, 2011) ("Dismissal pursuant to Rule 41(a)(2) should be granted unless the defendant can show that it will suffer some clear legal prejudice as a result." (citing *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001)).

DATED: August 15, 2016

/s/ *Cullin O'Brien*
Cullin O'Brien
CULLIN O'BRIEN LAW, P.A.
CULLIN O'BRIEN
6541 NE 21st Way
Fort Lauderdale, Florida 33108
Telephone: (561) 676-6370
Facsimile: (561) 320-0285
cullin@cullinobrienlaw.com

BECK & LEE TRIAL LAWYERS
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:  (305) 234-2060
Facsimile:   (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

[additional counsel on following page]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANTONINO G. HERNANDEZ P.A.
ANTONINO G. HERNANDEZ
4 SE 1st Street, 2nd Floor
Miami, Florida 33131
Telephone: (305) 282 3698
Facsimile: (786) 513 7748
Hern8491@bellsouth.net

Counsel for Plaintiff and the Proposed Class